Alfred Hein, an Infant, by Anton Simek, His Guardian ad Litem, Appellant, v. William R. Pitt Composite Iron Works, Respondent.— Judgment affirmed with costs. No opinion.

Godfrey Goldmark, Respondent, v. U. S. Electro-Galvanizing Company, Appellant.— Judgment affirmed, with costs. No opinion.

May Pillsworth, Appellant, v. Erie Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Albert C. Munzie, Appellant, v. New York Zoological Society, Respondent.— Judgment and order affirmed, with costs. No opinion.

William Cohen and Others, Appellants, v. Rebecca Cohn, as Executrix, etc., of Walter J. Cohn, Deceased, and Samuel Green, Respondents.— Judgment and order affirmed, with costs. No opinion.

Clara Zwecker and Henrietta Tauber, Respondents, v. Isaac Portman and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Winifred Carlos, Appellant, v. Metropolitan Street Railway Company. Respondent.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York v. Alberto Frecandese.— Motion granted.

The People of the State of New York v. Arthur D. Jacobs. — Motion granted

The People of the State of New York v. John McManus.— Motion denied on terms stated in order.

Albert R. Brandly v. American Butter Company.— Motion denied, with ten dollars costs.

Albert R. Brandly v. American Butter Company.— Motion denied, with ten dollars costs.

George Kelly v. Max W. Meyer and Others. — Motion granted, with ten dollars costs.

Providenza Maggio v. A. H. Meyer Company.— Motion denied on terms stated in order.

Lillian V. Parker v. Mary E. Brady.— Motion granted, with ten dollars costs,

Mary Kritorian v. Tatios J. Kritorian. — Motion granted, with ten dollars costs.

John Jaburg and Another v. Haserot Canneries Company.— Motion granted, with ten dollars costs.

George Brodsky v. Millie H. Burkett.— Motion denied on terms stated in order.

Adolph Gubner v. George McClellan.— Motion denied on terms stated in order.

Mayer Fishbone v. Degnon-McLean Company.— Motion granted, with ten dollars costs.

Joseph Gordon v. Frank J. Farrell.— Motion denied on terms stated in order.

Percival F. Compart v. Otto Dommasch.— Motion granted, with ten dollars costs.

Thomas Wynne v. Continental Asphalt Paving Company. Strasburger v. Goldenberg. Kaplan v. Potter. Grant v. Leopold. Heller v. Montrose. McCann v. Blue Ribbon Garage Company. Kent v. Ward. Benson v. Hobbs. Wohlrab v. New York Horse Insurance Company. Fischer v. Motor Boat Club. — Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case. Orders signed.